IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Fuller, Corrine | | Case Number: 07 B 06329 |
|---|---|---|---|
| | | | Judge: Squires, John H |
| | Printed: 10/29/08 | | Filed: 4/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: October 22, 2008
Confirmed: June 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,200.00 | |
| Secured: | | 48.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,083.90 |
| Trustee Fee: | | 68.10 |
| Other Funds: | | 0.00 |
| Totals: | 1,200.00 | 1,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 1,083.90 |
| 2. | R & R Country Motors | Secured | 1,313.72 | 48.00 |
| 3. | Dakota State Bank | Unsecured | 42.35 | 0.00 |
| 4. | ER Solutions | Unsecured | 41.84 | 0.00 |
| 5. | Paragon Way Inc | Unsecured | 14.85 | 0.00 |
| 6. | Plains Commerce Bank | Unsecured | 47.93 | 0.00 |
| 7. | CRB Service | Unsecured | 9.58 | 0.00 |
| 8. | Jefferson Capital | Unsecured | 58.31 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 54.98 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 306.00 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 18.54 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 14.68 | 0.00 |
| 13. | RJM Acquisitions LLC | Unsecured | 13.17 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 41.39 | 0.00 |
| 15. | ACC LLC | Unsecured | 131.24 | 0.00 |
| 16. | Commonwealth Edison | Unsecured | 16.25 | 0.00 |
| 17. | Nicor Gas | Unsecured | 140.90 | 0.00 |
| 18. | Portfolio Recovery Associates | Unsecured | 26.63 | 0.00 |
| 19. | AmSher Collection Services | Unsecured | | No Claim Filed |
| 20. | Account Recovery Service | Unsecured | | No Claim Filed |
| 21. | Blatt Hasenmiller & Komar | Unsecured | | No Claim Filed |
| 22. | AFNI | Unsecured | | No Claim Filed |
| 23. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 24. | Cache Inc | Unsecured | | No Claim Filed |
| 25. | BMG Music Service | Unsecured | | No Claim Filed |
| 26. | Credit Protection Association | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Fuller, Corrine

Printed: 10/29/08

Case Number: 07 B 06329
Judge: Squires, John H
Filed: 4/9/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Credit Management Service | Unsecured | | No Claim Filed |
| 28. | Cook County State's Attorney | Unsecured | | No Claim Filed |
| 29. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 30. | Evergreen Professional Recoveries | Unsecured | | No Claim Filed |
| 31. | Credit Protection Association | Unsecured | | No Claim Filed |
| 32. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 33. | Harris & Harris | Unsecured | | No Claim Filed |
| 34. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 35. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 36. | Harris & Harris | Unsecured | | No Claim Filed |
| 37. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 38. | Nicor Gas | Unsecured | | No Claim Filed |
| 39. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 40. | Nicor Gas | Unsecured | | No Claim Filed |
| 41. | Malcolm S Gerald & Assoc | Unsecured | | No Claim Filed |
| 42. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 43. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 44. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 45. | Harris & Harris | Unsecured | | No Claim Filed |
| 46. | Professional Account Management | Unsecured | | No Claim Filed |
| 47. | State Collection Service | Unsecured | | No Claim Filed |
| 48. | USA Credit | Unsecured | | No Claim Filed |
| 49. | Truegreen Chemlawn | Unsecured | | No Claim Filed |
| | | | $ 4,776.36 | $ 1,131.90 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 48.60 |
| 6.5% | 19.50 |
| | $ 68.10 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

